

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 2:09:59 PM
CHRISTOPHER A. PRINE
Clerk

September 11, 2015

Certified Mail No.: 7004 2510 0002 8750 9105

MARLON ONEIKE GREEN/TDCJ#01957279
GARZA EAST TRANSFER FACILITY
4304 HIGHWAY 202
BEEVILLE, TEXAS  78102

Re: Cause Number 1376204 in the 230TH DISTRICT COURT

Dear Sir or Madam:

The following documents are being forwarded to you
pursuant to an order from the court of appeals.


Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

1----- Volume(s) - Clerk's Record

1----- Volume(s) – Supplemental Clerk's Record

2----- Volume(s) – Reporter's Record

Your pro-se brief is due in the First Court of Appeals 30 days after the receipt of your record.  This date will be calculated from the return receipt requested (green) card.  The Court of Appeals will be notified when the record is received.

Sincerely,


/s/ N. Salinas, Deputy
Criminal Post Trial

Enclosure